UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KIASHEEN WARD,

                                   Plaintiff,

                -against-

Police Officer ARON BAKSH, Shield No. 7424; Police
Officer MICHAEL KALISH, Shield No. 10483; Sergeant
NIGEL FENTON, Shield No. 3741; and JOHN and JANE
DOE 4 through 10, individually and in their official capacities
(the names John and Jane Doe being fictitious, as the true
names are presently unknown),

                                   Defendants.
-------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-4030 (MKB) (VVP)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        9/23, 2015

HARVIS, WRIGHT & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880

By: _____
Gabriel P. Harvis
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants Baksh, Kalish, and Fenton*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-2375

By: _____
Noreen M. Stackhouse
*Assistant Corporation Counsel*

SO ORDERED:
s/ MKB 9/28/2015

_____
MARGO K. BRODIE
United States District Judge